# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| CALIFORNIA PROTON TREATMENT CENTER, LLC,[1] | Case No. 17-_____ |
| Debtor. | Hon. _____ |

## CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor California Proton Treatment Center, LLC (the "*Debtor*"), as debtor and debtor in possession in the above-captioned case hereby certifies that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtor's creditors. To the best of the Debtor's knowledge, the *Creditor Matrix* is complete, correct, and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

---

[1] Pursuant to 11 U.S.C. § 342(c)(1), the last four digits of the Debtor's federal tax identification number are: 9073.  The location of the Debtor's place of business is 9730 Summers Ridge Rd. San Diego, CA 92121.

1

CHI1 2250332v.3
AM 65790164.1

**Fill in this information to identify the case:**

Debtor name: **California Proton Treatment Center, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Certification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 1, 2017**    X **/s/ Jette Campbell**
Signature of individual signing on behalf of debtor

**Jette Cambell**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

ABM Electrical & Lighting Solutions, Inc.
Attn: Sara Cooke
P.O. Box 75401
Baltimore, MD 21275-5401

ACC Business
P.O. Box 105306
Atlanta, GA 30348-5306

Advanced Particle Therapy, LLC
Attn: Kristin Harrington
2768 Loker Ave West, Suite 101
Carlsbad, CA 92010

Ahlee Backflow Service, Inc.
Attn: Shar Ahlee
9920 Prospect Ave, Ste 104
Santee, CA 92071

Alldredge Consulting, LLC
Attn: Jolene Alldredge
525 Hidden Ridge Ct.
Encinitas, CA 92024

AmWins Brokerage of Georgia
3630 Peachtree Road, NE, Suite 1700
Atlanta, GA 30326

Argonaut Insurance Company
Attn: President or General Counsel
P.O. Box 469011
San Antonio, TX 78246

Assa Abloy Entrance Systems US, Inc.
Attn: Angie Lord
P.O. Box 827375
Philadelphia, PA 19182-7375

AT&T
P.O. Box 5025
Carol Stream, IL 60197-5025

Bay City Electric Works
Attn: Susan Escobar
P.O. Box 32993
Phoenix, AZ 85064

BeaconMedaes, LLC
Attn: Marie Greenwald
P.O. Box 123234
Dallas, TX 75312-3234

Bergelectric Corp.
Attn: Erick Olmos
650 Opper Street
Escondido, CA 92029

BMK Office San Diego
Attn: Russ Venti
P.O. Box 8300
Pasadena, CA 91109-8300

Bright View Landscape Services
Attn: Donald DeGrazia
3630 Solutions Center
Chicago, IL 60677-3006

C.P.R. Advisors LLC
Attn: Aaron Cother
5949 Sherry Lane, Suite 900
Dallas, Texas 75225

Cardon Capital Partners
Attn: Ross Cardon
P.O. Box 824
Rancho Santa Fe, CA 92067

Carl Marks
Attn: Luke Goetz
900 Third Avenue, 33rd Floor
New York, NY 10022-4775

Carousel Industries of North America Inc
Attn: Otazua, Alberto
P.O. Box 842084
Boston, MA 02284-2084

CASS Plumbing & Heating, Inc.
Attn: Chuck Urnezis
4569 30th Street, Suite C
San Diego, CA 92116-4239

CBRE
Attn: Bryan Calhoun
P.O. Box 848844
Los Angeles, CA 90084-8844

San Diego Water & Wastewater Services
Attn: Customer Service Representative
1200 Third Avenue, Suite 100
San Diego, CA 92101

Clark Security Products
P.O. Box 847428
Dallas, TX 75284-7428

Columbia Casualty Company
333 S. Wabash Ave.
Chicago, IL 60604

Comerica Bank CA
1092 Blossom Hill Road
San Jose, CA 95123

CompuOne Corporation
Attn: Tera Eftekhari
9888 Carroll Centre Rd, Suite 201
San Diego, CA 92126

Computer Protection Technology, Inc.
Attn: Meggan Murphy
1215 Pacific Oaks Place, Suite 106
Escondido, CA 92029

Concierge Cleaning Services
Attn: Jeff Niles
2701 Piantino Circle
San Diego, CA 92108

Cosco Fire Protection, Inc.
Attn: Melissa Kent
4990 Greencraig Lane
San Diego, CA 92123

County of San Diego Air Pollution Control District
10124 Old Grove Road
San Diego, CA 92131

County of San Diego Dept of Environmental Health
P.O. Box 129261
San Diego, CA 92112

CT Corporation
Attn: Linnell Franklin
P.O. Box 4349
Carol Stream, IL 60197-4349

Dell Financial Services
Attn: Emily Bambalan
P.O. Box 6547
Carol Stream, IL 60197-6547

DirecTV
2230 E. Imperial Hwy.
El Segundo, CA 90245

DownStream Services Inc.
Attn: Roxann Iglesias
2855 Progress Place
Escondido, CA 92029

Dynalectric Company
Attn: Tammy Meyer
9505 Chesapeake Drive
San Diego, CA 92123

Edelman
Attn: Lucy Allen
525 Market Street Suite 1400
San Francisco, CA 94105

Endurance Rish Solutions Assurance Co.
Attn: President or General Counsel
4 Manhattanville Road
Purchase, NY 10577

Facilities Engineering Inc
Attn: Kevin Dalton
900 East Orangefair Lane
Anaheim, CA 92801-1103

Fenton Technology Park
Attn: Rhonda Vicker
5330 Carroll Canyon Road, Suite 200
San Diego, CA  92121

First Insurance Funding Corp
P.O. Box 7000
Carol Stream, IL 60197-7000

First Insurance Funding Corp
Attn: President or General Counsel
450 Skokie Blvd, Suite 1000
Northbrook, IL 60062-7917

First Republic Bank
2800 E Coast Hwy.
Corona Del Mar, CA 92625

Fisher Broyles LLP
P.O. Box 935079
Atlanta, GA, 31193-5079

GE Healthcare
Attn: Scott Golay
P.O. Box 96483
Chicago, IL 60693

Guaranteed Green
Attn: Michael Edelstein
7875 Convoy Court, Suite 6
San Diego, CA 92111

Halcyon Underwriters Inc.
2301 Lucien Way, Suite 360
Maitland, FL 32751

Harden & Associates, Inc.
Attn: Casey Guzinski
501 Riverside Ave, Suite 1000
Jacksonville, FL 32202

Hill-Rom
P.O. Box 643592
Pittsburgh, PA 15264-3592

HUB International Insurance Services, Inc.
Attn: Sue Weekly
5375 Mira Sorrento Pl., Ste. 400
San Diego, CA 92121

Ingersoll Rand
15768 Collections Center Drive
Chicago, IL 60693

Jackson & Blanc
Attn: Kathy Hansen
7929 Arjons Dr.
San Diego, CA 92126

JP Morgan
277 Park Avenue
New York, NY 10172

Locke Lord Bissell & Liddell LLP
Attn: R.W. Roberts
P.O. Box 911541
Dallas, Texas 75391-1541

Lot Management
Attn: Laura Vazquez
9455 Ridgehaven Ct., Ste. 200
San Diego, CA 92123

Loughlin Management Partners
Attn: James Loughlin
20 West 55th Street
New York, NY 10019

MMBC Proton, Inc.
Attn: Greg Pope
2509 Pascoli Place
Lexington, KY 40509

Olympus America Inc
Attn: Jennifer Meneses
PO Box 120600, Dept 0600
Dallas, TX 75312-0600

ORIX Capital Markets, LLC
Attn: Michael J. Moran
1717 Main Street, Suite 100
Dallas, Texas 75201

Otis Elevator Company
Attn: Rocco Giaquinto
Dept. LA 21684
Pasadena, CA 91185-1684

Pacific Rim Mechanical
Attn: Dani Fox
7655 Convoy Ct.
San Diego, CA 92111

Paragon Services Engineering
Attn: Wesley S. Dymek
8825 Aero Drive, Ste 110
San Diego, CA 92123

Pestgon
3612 Ocean Ranch Blvd
Oceanside, CA 92056

Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Priority Door Systems
Attn: Vanessa Howse
836 W. Washington Ave
San Diego, CA 92025

Qfix
Attn: Jose Martinez
440 Church Road
Avondale, PA 19311-9786

Royal Ascot
One Sterling Plaza
5949 Sherry Lane, Suite 900
Dallas, TX 75225

RSM US LLP
Attn: Lawson Brown
5155 Paysphere Circle, Chicago, IL 60674

Ryan LLC
Attn: Barbara Lager
13155 Noel Road, Suite 100
Dallas, TX 75240

San Diego Gas & Electric
Attn: Jennifer Yates
P.O. Box 25111
Santa Ana, CA 92799-5111

SCG Capital Corporation
Attn: Latsany Kongsynonh
74 West Park Place
Stamford, CT 06901

Scripps Clinic Medical Group, Inc.
Attn: President
10666 N. Torrey Pines Road, 207W
La Jolla, CA 92037

Securitas Security Services USA Inc
Attn: Lauren Winter
File 57220
Los Angeles, CA 90074-7220

Signature Analytics San Diego LLC
Attn: Samantha Gleiberman
10120 Pacific Heights Blvd, Suite 110
San Diego, CA 92121

Skyriders Window Cleaning Inc
Attn: Sarah Athearn
301 Vista Abierta, El Cajon, CA 92019

Soloman Ward Seidenwurm & Smith LLP
Attn: Michael D. Breslauer
401 B St., Ste 1200
San Diego, CA 92101

Solterra Lighting
Attn: Courtney Rick
5375 Avenida Encinitas, Suite A
Carlsbad, CA 92008

South Coast Copy Systems Inc
P.O. Box 660831
Dallas, TX 75266-0831

Tayman Industries, Inc.
Attn: Gregg Brenner
5692 Eastgate Dr.
San Diego, CA 92121

TelePacific Communications
P.O. Box 509013
San Diego, CA 92150-9013

Union Bank
1980 Saturn Street
MC V03-023
Monterey Park, CA 91755

Varian Medical Systems
Attn: Magnus Momsen
3100 Hansen Way
Palo Alto, CA 94304

Verathon, Inc
Attn: Henry House
P.O. Box 935117
Atlanta, GA 31193-5117

Veteran Electrical Power Systems
Attn: Stephanie Mejia
1223 South Flower St.
Burbank, CA 91502

Water Works, Inc.
5490 Complex Street Suite 602
San Diego, CA 92123

WestPro Plumbing
Attn: Wendiann
P.O. Box 741585
San Diego, CA 92174-1585

Zurich Insurance
1001 Perimeter Summit Blvd
Atlanta, GA 30319