IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CALIFORNIA PROTON TREATMENT CENTER, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 17-10477 (LSS) |

**NOTICE OF FILING OF BANKRUPTCY PETITION
AND FIRST DAY PLEADINGS AND NOTICE OF FIRST DAY HEARING**

**PLEASE TAKE NOTICE** that on March 1, 2017, California Proton Treatment Center, LLC (the "**Debtor**") filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that in connection with the filing of its petition, the Debtor filed the following (collectively, the "**First Day Pleadings**"):

1. Declaration of J. Jette Campbell in Support of Chapter 11 Petition and First-Day Motions [Docket No. 2; Filed: 3/1/2017]

2. Motion for Entry of an Order Extending Time for Debtor to File Its List of Equity Security Holders, Schedules, and Statement of Financial Affairs [Docket No. 3; Filed: 3/1/2017]

3. Motion of the Debtor for Entry of an Order Authorizing Debtor to Pay Certain Prepetition Claims of Critical Vendors [Docket No. 4; Filed: 3/1/2017]

4. Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Payment of Certain Prepetition Taxes and Fees [Docket No. 5; Filed: 3/1/2017]

5. Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Debtor to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto and (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies and Enter Into Premium Financing [Docket No. 6; Filed: 3/1/2017]

---

[1] The last four digits of the Debtor's federal tax identification number are 9073. The location of the Debtor's place of business and its address for notice purposes is: 9730 Summers Ridge Rd., San Diego, CA 92121, Attn: Wilson Williams, Manager.

56464946.1

6. Motion for Entry of an Interim and a Final Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Payment, and (III) Establishing Procedures for Resolving Requests for Adequate Assurance of Payment [Docket No. 7; Filed: 3/1/2017]

7. Motion for Entry of an Order (I) Authorizing Maintenance of Existing Bank Accounts; (II) Authorizing Use of Existing Business Forms; (III) Authorizing Use of Cash Management System; (IV) Finding the Requirements of 11 U.S.C. § 345(B) to be Satisfied with Respect to the Debtor's Deposit Practices; and (V) Authorizing the Continuation of Certain Intercompany Claims [Docket No. 8; Filed: 3/1/2017]

8. Motion of the Debtor for Entry of an Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Fed. R. Bankr. P. 2002, 4001, 6004 and 9014 and Del. L. R. Bankr. P. 4001-2 (I) Authorizing Debtor and Debtor in Possession to Obtain First Priority and Priming Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Super-Priority Claims, (IV) Granting Adequate Protection to Prepetition Secured Lenders, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 9; Filed: 3/1/2017]

**PLEASE TAKE FURTHER NOTICE** that a hearing on the First Day Pleadings has been scheduled for **March 3, 2017 at 11:00 a.m. (ET)** before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

*[remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: March 2, 2017<br>      Wilmington, Delaware | POLSINELLI PC<br><br>*/s/ Christopher A. Ward*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>Email:    cward@polsinelli.com<br>              jedelson@polsinelli.com<br><br>- and -<br><br>LOCKE LORD LLP<br>David W. Wirt (*pro hac vice pending*)<br>Aaron C. Smith (*pro hac vice pending*)<br>Phillip W. Nelson (*pro hac vice pending*)<br>Brian A. Raynor (*pro hac vice pending*)<br>111 S. Wacker Drive<br>Chicago, Illinois 60606-4410<br>Telephone: (312) 443-0700<br>Facsimile: (312) 443-0336<br>Email:    dwirt@lockelord.com<br>              asmith@lockelord.com<br>              phillip.nelson@lockelord.com<br>              braynor@lockelord.com<br><br>*Proposed Counsel to the Debtor* |