IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CALIFORNIA PROTON TREATMENT<br>CENTER, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 17- 10477 (LSS)<br><br>Re: Docket No. 3 |

**ORDER EXTENDING TIME FOR DEBTOR TO FILE ITS
EQUITY HOLDER LIST, SCHEDULES, AND STATEMENT OF FINANCIAL AFFAIRS**

Upon the Debtor's[2] *Motion for Entry of an Order Extending Time for Debtor to File Its List of Equity Holders, Schedules, and Statements of Financial Affairs* (the "**Motion**"); and upon consideration of the First-Day Declaration; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estates, its creditors, and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

The time by which the Debtor must file its Equity Holder List, Schedules, and SOFA shall be and hereby is extended through and including ~~March 29~~ April 14, 2017, without prejudice to the Debtor's right to seek an additional extension.

---

[1] Pursuant to 11 U.S.C. § 342(c)(1), the last four digits of the Debtor's federal tax identification number are: 9073. The location of the Debtor's place of business is 9730 Summers Ridge Rd. San Diego, CA 92121, Attn: Wilson Williams, Manager.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

57002081.1

The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: March 3, 2017
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE