UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
|   CALIFORNIA PROTON | : | Chapter 11 |
|   TREATMENT CENTER, LLC | : | |
| | : | Case No.  17-10477 (LSS) |

**STATEMENT THAT UNSECURED CREDITORS'
COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(  ) Debtors petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

(  ) No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( x ) Insufficient response to the United States Trustee communication/contact for service on the committee.

(  ) No unsecured creditor interest

(  ) Non-operating debtor-in-possession - - No creditor interest.

(  ) Application to convert to Chapter 7 or to dismiss pending.

(  ) Converted or dismissed.

(  ) Other:

                                                  **ANDREW R. VARA**
                                                **UNITED STATES TRUSTEE**

                                                /s/ _____
                                                T. PATRICK TINKER
                                                Assistant United States Trustee

DATED: March 16, 2017
Trial Attorney Assigned to Case: Linda J. Casey, Esq.
cc: Attorneys for Debtors: Christopher A. Ward, Esq.