IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CALIFORNIA PROTON TREATMENT CENTER, LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 17-10477 (LSS)<br><br>RE: Docket No. 74 |

**SUPPLEMENTAL DECLARATION OF CHRISTOPHER A. WARD, ESQ. IN SUPPORT OF APPLICATION OF DEBTOR PURSUANT TO 11 U.S.C. § 327(a) FOR AUTHORITY TO EMPLOY AND RETAIN POLSINELLI PC AS CO-COUNSEL TO THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE**

Christopher A. Ward, Esq., a shareholder of POLSINELLI PC, makes this Declaration pursuant to 28 U.S.C. § 1746 and states:

1. I am the Managing Shareholder of the Wilmington, Delaware office of POLSINELLI PC ("**Polsinelli**"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801 among 20 other locations. I also serve as Co-Chair of Polsinelli's Bankruptcy and Financial Restructuring Practice Group and Bankruptcy Litigation Practice Group. I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware, as well as the United States Court of Appeals for the Third Circuit, and the United States District Court for the District of Delaware.

2. On March 10, 2017, California Proton Treatment Center, LLC (the "**Debtor**") filed an application (the "**Application**") for an order approving the employment and retention of Polsinelli as co-counsel to the Debtor *nunc pro tunc* to March 1, 2017. I submitted a declaration (the "**Original Declaration**") in support of the

---

[1] The last four digits of the Debtor's federal tax identification number are: 9073. The location of the Debtor's place of business is 9730 Summers Ridge Road, San Diego, California 92121, Attn: Wilson Williams, Manager.

57858209.1

Application for the purpose of complying with § 327(a) of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), and to provide the disclosures required under Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Local Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").  I hereby incorporate by reference the Application as if it were set forth in full herein.

3. I submit this supplemental declaration (the "**Supplement**") to provide the Court, the United States Trustee, and other interested parties with additional information related to Polsinelli's retention.  The Office of the United States Trustee (the "**U.S. Trustee**") requested that Polsinelli file this Supplement to address certain issues with respect to the Application.  Specifically, the U.S. Trustee requested that Polsinelli provide additional detail regarding its conflicts system and disclosures, its representation of JPMorgan Chase & Co. ("**JPM**"), and the firm's rate structure.

4. Polsinelli maintains and updates its conflict check system in the ordinary course of its business.  The system includes every matter on which the firm is currently or was previously engaged, including details related to the identity of the client, adverse parties, dates of representation, and the attorney(s) at Polsinelli with responsibility for the engagement.  This database is updated for every new matter opened by Polsinelli.  Before the firm takes on a new engagement, the list of interested parties is run through the conflicts system, and any hits are reviewed by in-house conflicts counsel as well as the attorneys responsible for the engagement.

5. In addition to the parties listed on <u>Exhibit 1</u> to the Original Declaration, Polsinelli also ran the major equity holders through its conflict system. Those parties are on the list attached hereto as <u>Exhibit A</u>. Polsinelli has no conflicts with these parties.

6. Polsinelli's representation of JPM and its affiliates accounts for less than .05% of the firm's annual revenue.

7. Polsinelli is a national AmLaw 100 firm with approximately 820 attorneys in 20 offices across the country. The firm sets the rates for its attorneys and its services based on the office location, not the location of the client or client matter.

8. Unless otherwise stated in this Supplement, I have personal knowledge of the facts set forth herein. To the extent that any information requires amendment or modification upon Polsinelli's completion of further analysis or as additional creditor information becomes available to Polsinelli, a supplemental declaration will be submitted to the Court.

9. All terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

10. The foregoing constitutes the statement of Polsinelli pursuant to section 327 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b).

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: April 6, 2017

                                          */s/ Christopher A. Ward*
                                      Christopher A. Ward (Del. Bar No. 3877)

57858209.1