**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CALIFORNIA PROTON TREATMENT CENTER, LLC,[1] | Case No. 17-10477 (LSS) |
| Debtor. | |
| CALIFORNIA PROTON TREATMENT CENTER, LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 17-50330 (LSS) |
| SCRIPPS CLINIC MEDICAL GROUP, INC., | |
| Defendant. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 12, 2017 AT 10:00 A.M. (ET)[2]**

**WITHDRAWN MATTERS**

1.      Motion to File Under Seal Adversary Complaint and Related Exhibits [Bankr. Docket No. 88; Adv. Docket No. 4; Filed: 3/21/2017]

    Objection Deadline:          April 5, 2017 at 4:00 p.m.

    Related Document(s):

        a)      Complaint for Declaratory Judgment and Related Relief [Bankr. Docket No. 87; Adv. Docket No. 1; Filed: 3/21/2017]

        b)      Notice of Withdrawal [Bankr. Docket No. 129; Adv. Docket No. 6; Filed: 4/5/2017]

    Response(s) Received:          None.

---

[1]      The last four digits of the Debtor's federal tax identification number are 9073. The location of the Debtor's place of business and its address for notice purposes is 9730 Summers Ridge Rd., San Diego, CA 92121, Attn: Wilson Williams, Manager.

[2]      The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

Status:          This matter has been withdrawn.

2.     Debtor's Motion to File Under Seal the Motion of the Debtor for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially all of the Debtor's Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief; and (II) an Order (A) Approving the Asset Purchase Agreement Between the Debtor and the Successful Bidder, and (B) Authorizing the Sale of Substantially all of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief [Docket No. 97; Filed: 3/24/2017]

       Objection Deadline:          April 5, 2017 at 4:00 p.m.

       Related Document(s):

              a)     Motion of the Debtor for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially all of the Debtor's Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief; and (II) an Order (A) Approving the Asset Purchase Agreement Between the Debtor and the Successful Bidder, and (B) Authorizing the Sale of Substantially all of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief [Docket No. 95; Filed: 3/24/2017]

              b)     Notice of Withdrawal [Docket No. 128; Filed: 4/5/2017]

       Response(s) Received:          None.

       Status:          This matter has been withdrawn

**MATTERS GOING FORWARD**

3.     Motion of the Debtor for Entry of an Order Authorizing the Debtor to Retain and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 72; Filed: 3/10/2017]

       Objection Deadline:          March 22, 2017 at 4:00 p.m.

       Related Document(s):          None at this time.

       Response(s) Received:          Informal comments received from the Office of the United States Trustee

Status:          This matter will go forward.  Counsel will hand-up a consensual form of order at the hearing.

4.    Application for Entry of an Order Authorizing Employment and Retention of Locke Lord LLP as Attorneys for the Debtor *Nunc Pro Tunc* to the Petition [Docket No. 73; Filed: 3/10/2017]

Objection Deadline:          March 22, 2017 at 4:00 p.m.

Related Document(s):

      a)    Supplemental Declaration of David W. Wirt in Support of Application for Entry of an Order Authorizing Employment and Retention of Locke Lord LLP as Attorneys for the Debtor *Nunc Pro Tunc* to the Petition Date [Docket No. 141; Filed: 4/6/2017]

Response(s) Received:          Informal comments received from the Office of the United States Trustee

Status:          This matter will go forward.  Counsel will hand-up a consensual form of order at the hearing.

5.    Application of Debtor Pursuant to 11 U.S.C. § 327(a) for Authority to Employ and Retain Polsinelli PC as Co-Counsel to the Debtor *Nunc Pro Tunc* to the Petition Date [Docket No. 74; Filed: 3/10/2017]

Objection Deadline:          March 22, 2017 at 4:00 p.m.

Related Document(s):

      a)    Supplemental Declaration of Christopher A. Ward, Esq. in Support of Application of Debtor Pursuant to 11 U.S.C. § 327(a) for Authority to Employ and Retain Polsinelli PC as Co-Counsel to the Debtor *Nunc Pro Tunc* to the Petition Date [Docket No. 142; Filed: 4/6/2017]

Response(s) Received:          Informal comments received from the Office of the United States Trustee

Status:          This matter will go forward.  Counsel will hand-up a consensual form of order at the hearing.

6.    Motion for Entry of an Order Authorizing the Debtors, *Nunc Pro Tunc* to the Petition Date, to (I) Retain Carl Marks Advisory Group LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel, and (II) Appoint J. Jette Campbell as Chief Restructuring Officer [Docket No. 75; Filed: 3/10/2017]

Objection Deadline:          March 22, 2017 at 4:00 p.m.

Related Document(s):         None at this time.

Response(s) Received:        Informal comments received from the Office of the United States Trustee

Status:          This matter will go forward.  Counsel will hand-up a consensual form of order at the hearing.

7.      Motion for Administrative Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 76; Filed: 3/10/2017]

Objection Deadline:          March 22, 2017 at 4:00 p.m.

Related Document(s):         None at this time.

Response(s) Received:        Informal comments received from the Office of the United States Trustee

Status:          This matter will go forward.  Counsel will hand-up a consensual form of order at the hearing.

8.      Application for Entry of an Order Authorizing Retention and Employment of Cain Brothers & Company, LLC as Investment Banker to the Debtor and Debtor in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 77; Filed: 3/10/2017]

Objection Deadline:          March 22, 2017 at 4:00 p.m.

Related Document(s):         None at this time.

Response(s) Received:        Informal comments received from the Office of the United States Trustee

Status:          This matter will go forward.  Counsel will hand-up a consensual form of order at the hearing.

9.    Motion of the Debtor for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially all of the Debtor's Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief; and (II) an Order (A) Approving the Asset Purchase Agreement Between the Debtor and the Successful Bidder, and (B) Authorizing the Sale of Substantially all of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief [Docket No. 95; Filed: 3/24/2017]

Objection Deadline:        April 5, 2017 at 4:00 p.m. [The Office of the United States Trustee was granted an extension to respond until April 6, 2017 at noon.]

Related Document(s):        None.

Response(s) Received:

a)    Scripps Clinic Medical Group's and Scripps Health's Objection and Reservation of Rights to Motion of the Debtor for Entry of (I) An Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief [Docket No. 135; Filed: 4/5/2017]

b)    Informal comments received from The Office of the United States Trustee

c)    Debtor's Reply Motion of the Debtor for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially all of the Debtor's Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief; and (II) an Order (A) Approving the Asset Purchase Agreement Between the Debtor and the Successful Bidder, and (B) Authorizing the Sale of Substantially all of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief [Docket No. 147; Filed: 4/7/2017]

d)    Joinder and Reservation of Rights of Orix Capital Markets, LLC, in its Capacity as Agent, to Debtor's Reply to Scripps Clinic Medical Group's and Scripps Health's Objection to Bidding Procedures and Sale Motion [Docket No. 148; Filed: 4/7/2017]

58155251.2

<u>Status</u>:          This matter will go forward with respect to approval of bidding procedures.

Dated: April 10, 2017
     Wilmington, Delaware

POLSINELLI PC

*/s/ Justin K. Edelson*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
Email:      cward@polsinelli.com
              jedelson@polsinelli.com

- and -

LOCKE LORD LLP
David W. Wirt (*admitted pro hac vice*)
Aaron C. Smith (*admitted pro hac vice*)
Phillip W. Nelson (*admitted pro hac vice*)
Brian A. Raynor (*admitted pro hac vice*)
111 S. Wacker Drive
Chicago, Illinois  60606-4410
Telephone: (312) 443-0700
Facsimile: (312) 443-0336
Email:      dwirt@lockelord.com
              asmith@lockelord.com
              phillip.nelson@lockelord.com
              braynor@lockelord.com

*Proposed Counsel to the Debtor*