# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | CALIFORNIA PROTON TREATMENT CENTER, LLC | | |
| **Case Number:** | 17-10477-LSS | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 12, 2017 10:00 AM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | LAURIE S. SILVERSTEIN | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

### *Matter:*

Omnibus

**R / M #:**   149 /  0

### *Appearances:*

See attached Court sign-in sheet

### *Proceedings:*

Hearing Held.
Agenda Items:
#1 & #2 - Withdrawn
#3 to #8 - Revised Orders signed
#9 - Revised Order due