### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CALIFORNIA PROTON TREATMENT<br>CENTER, LLC,[1]<br><br>               Debtor. | Chapter 11<br><br>Case No. 17-10477 (LSS)<br><br>**Re: Docket No. 95** |

**CERTIFICATION OF COUNSEL REGARDING ORDER (A) APPROVING BIDDING
PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH THE SALE
OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS, (B) APPROVING THE
FORM AND MANNER OF NOTICE THEREOF, (C) SCHEDULING AN AUCTION
AND A SALE HEARING, (D) APPROVING PROCEDURES FOR THE ASSUMPTION
AND ASSIGNMENT OF CONTRACTS, AND (E) GRANTING RELATED RELIEF**

I, Justin K. Edelson, Esq., of Polsinelli PC, counsel to the above-captioned debtor

and debtor in possession (the "**Debtor**"), hereby certify and state as follows:

1.      On March 24, 2017, the Debtor filed the *Motion for Entry of (I) an Order*

*(A) Approving Bidding Procedures in Connection with the Sale of Substantially All of the*

*Debtor's Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an*

*Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of*

*Contracts, and (E) Granting Related Relief; and (II) an Order (A) Approving the Asset Purchase*

*Agreement Between the Debtor and the Successful Bidder, and (B) Authorizing the Sale of*

*Substantially All of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and*

*Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting*

*Related Relief* [Docket No. 95] (the "**Sale Procedures Motion**").

2.      A formal objection to the Sale Procedures Motion was filed by Scripps

Clinic Medical Group and Scripps Health (collectively, "**Scripps**") [Docket No. 135].

---

[1]      The last four digits of the Debtor's federal tax identification number are 9073.  The location of the Debtor's
place of business and its address for notice purposes is: 9730 Summers Ridge Rd., San Diego, CA 92121, Attn:
Wilson Williams, Manager.

Additionally, the Debtor received informal comments from the Office of the United States Trustee (the "**UST**").  No other responses or objections were received.

3.       On April 12, 2017, the Court held a hearing (the "**Hearing**") regarding the relief requested in the Sale Procedures Motion.

4.       The Court approved the relief requested in the Sale Procedures Motion, as modified on the record at the Hearing.

5.       Attached hereto as Exhibit A is a consensual proposed form of order (the "**Order**") approving the Sale Procedures Motion.

6.       Attached hereto as Exhibit B is a blackline comparison of the Order to the form of order presented to the Court by the Debtor.

7.       The Debtor respectfully requests that the Court enter the Order at its earliest convenience.

Dated: April 12, 2017
       Wilmington, Delaware

POLSINELLI PC

*/s/ Justin K. Edelson*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
Email:       cward@polsinelli.com
             jedelson@polsinelli.com

- and -

58245284.1

LOCKE LORD LLP
David W. Wirt (*admitted pro hac vice*)
Aaron C. Smith (*admitted pro hac vice*)
Phillip W. Nelson (*admitted pro hac vice*)
Brian A. Raynor (*admitted pro hac vice*)
111 S. Wacker Drive
Chicago, Illinois  60606-4410
Telephone: (312) 443-0700
Facsimile: (312) 443-0336
Email:      dwirt@lockelord.com
            asmith@lockelord.com
            phillip.nelson@lockelord.com
            braynor@lockelord.com

*Proposed Counsel to the Debtor*

3

58245284.1