# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
                                        :
In re:                                  :    Chapter 11
                                        :
CALIFORNIA PROTON TREATMENT             :    Case No. 17-10477 (LSS)
CENTER, LLC                             :
                                        :
                                        :
                        Debtor.         :
-------------------------------------------------------x
```

## GLOBAL NOTES, RESERVATION OF RIGHTS, AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND SOFAs

California Proton Treatment Center, LLC (the "Debtor"), as debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), has filed its Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor, with the assistance of its advisors, prepared the Schedules and SOFAs in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules").

J. Jette Campbell has signed the Schedules and SOFAs. Mr. Campbell serves as the Debtor's Chief Restructuring Officer for the Debtor and as an officer for the Debtor in this Chapter 11 Case. In reviewing and signing the Schedules and SOFAs, Mr. Campbell has necessarily relied upon the efforts, statements, and representations of various third parties involved in the Debtor's operations. Mr. Campbell has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

The Debtor is contemporaneously filing these *Global Notes, Reservation of Rights, and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules and SOFAs* (the "Global Notes") as a supplement to and integral part of its Schedules and SOFAs. These are incorporated by reference into each of the Schedules and SOFAs, and should be reviewed in connection with any review of the Schedules and SOFAs.

The Schedules and SOFAs do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of the Debtor. The Schedules and SOFAs contain unaudited information that is subject to further review and potential adjustment. The Schedules and SOFAs reflect the Debtor's reasonably best efforts to report the assets and liabilities of the Debtor. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent at the Petition Date (as defined herein) or at any time prior to the Petition Date. Likewise, to the extent that the Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

In preparing the Schedules and SOFAs, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable

efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in material changes to the Schedules and SOFAs. As a result, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend, supplement, or otherwise modify the Schedules and SOFAs as is necessary or appropriate.

Nothing contained in the Schedules and SOFAs shall constitute a waiver of any of the Debtor's rights or an admission with respect to its Chapter 11 Case, including, without limitation, any issues involving equitable subordination, defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

**Reservation of Rights**

In particular, note that the listing of a claim or a contract with the Debtor does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to disclaim or dispute such claim or contract as attributable to the Debtor. The Debtor reserves the right to remove any contract or claim from the Schedules and SOFAs whether by amending the Schedules and SOFAs or in another appropriate filing. Additionally, the Debtor reserves the right to object to any listed claim on the grounds that, among other things, such claim has already been satisfied. The Debtor reserves the right to dispute or assert offsets or defenses to, any claim reflected on the Schedules as to amount, liability or classification and reserves the right to recharacterize, reclassify, recategorize, or redesignate any claim as "disputed," "contingent" and/or "unliquidated, whether by amending the Schedules and SOFAs or in another appropriate filing.

Listing a claim (i) on Schedule D as "secured," (ii) on Schedule E as "unsecured priority" or (iii) on Schedule F as "unsecured nonpriority," does not constitute a waiver of any of the Debtor's right to recharacterize, reclassify, recategorize, or redesignate such claim. Furthermore, listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor that such contract or agreement is an executory contract or unexpired lease nor a waiver of the Debtor's right to recharacterize, reclassify or dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement such Schedule, as necessary.

Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and SOFAs, including causes of actions arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers. The Debtor may also possess contingent and unliquidated claims against affiliated entities for various financial accommodations and similar benefits they have extended from time to time, including contingent and unliquidated claims for contribution, reimbursement and/or indemnification arising from, among other things: (i) letters of credit, (ii) notes payable and receivable, (iii) surety bonds, (iv) guaranties, and (v) indemnities. The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any claim in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither the Global Notes nor the Schedules nor the SOFAs shall be deemed a waiver of any Causes of Action or in any way prejudice or impair the assertion of any such Causes of Action.

2

Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the foregoing general reservation of rights.

**Description of the Chapter 11 Case and "As of" Information Date**

On March 1, 2017 (the "<u>Petition Date</u>") the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  The Debtor continues to manage and operate its business as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in this Chapter 11 Case.  Except as otherwise noted herein, asset and liability information stated in the Schedules and SOFAs is as of the close of business on the Petition Date.

**Totals**

All totals that are included in the Schedules and SOFAs represent totals of all known amounts included in the Schedules and SOFAs. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be materially different than the listed total. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.  Due to numerous unliquidated, contingent and/or disputed claims, summary statistics in the Schedules, SOFAs and Global Notes may significantly understate the Debtor's liabilities.

**Recharacterization**

Notwithstanding that the Debtor has made reasonable best efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFAs, the Debtor nonetheless may have improperly characterized, classified, categorized or designated certain items. Thus, the Debtor reserves all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFAs at a later time as is necessary or appropriate.

**Liabilities**

The Debtor allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFAs.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  The Debtor reserves all rights to modify, amend or supplement the Schedules and SOFAs as is necessary or appropriate.

The liabilities listed on these Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtor reserves all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

**Exclusions**

The Debtor has excluded certain categories of assets and liabilities from the Schedules and SOFAs such as: goodwill and certain other intangible assets; accrued liabilities including, but not limited to, accrued salaries and employee benefits; tax accruals; accrued accounts payable; and assets with a net book value of zero.  Other non-material assets and liabilities may have also been excluded.

3

**Currency**

Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Fair Market Value; Book Value**

It would be prohibitively expensive, unduly burdensome and an inefficient use of Debtor's resources for the Debtor to obtain current market valuations of all of its assets. Accordingly, unless otherwise indicated, the Schedules and SOFAs reflect net book values for assets as of the Petition Date as reflected in the Debtor's books and records. Amounts ultimately realized may vary from net book value, and such variance may be material. The asset amounts listed do not include material write-downs that may be necessary. Operating cash is presented as bank balances as of the Petition Date. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed as undetermined amounts as of the Petition Date because the book values may materially differ from fair market values.

**Accounts Receivable**

For confidentiality reasons, the Debtor has not listed individual customer accounts receivable information. Operating accounts receivable information for each Debtor has been listed without reduction for reserves.

**Property and Equipment**

Nothing in the Schedules or SOFA (including, without limitation the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtor reserves all of its rights with respect to such issues.

**Leases**

The Debtor's lease equipment and facilities under various operating lease and royalty agreements. These agreements are carried by the Debtor at a zero book value. These equipment and facilities leases are reported on the Schedule G. To the extent that there was an amount outstanding under any of these agreements as of the Petition Date, the amount owed to the applicable lessor has been listed on Schedule F of the Debtor.

**Estimates**

To prepare and file the Schedules in accordance with the deadline established in this Chapter 11 Case, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities as of the Petition Date. The Debtor reserves the right to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

**Fiscal Year**

The Debtor's fiscal year ends on December 31.

**Guaranties and Other Secondary Liability Claims**

The Debtor has made reasonable efforts to locate and identify guaranties and other secondary liability claims (collectively, the "Guaranties") in each of the executory contracts, unexpired leases,

4

secured financings, debt instruments and other such agreements to which a Debtor is a party. Where Guaranties have been identified, they have been included in the relevant Schedule for the Debtor. The Debtor has placed the Guaranties on Schedule H. Guaranties were additionally placed on Schedule D or F, as applicable, for each guarantor. It is possible that certain Guaranties embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted. The Debtor reserves the right to amend the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable. In addition, the Debtor reserves the right (i) to amend the Schedules and SOFAs and to recharacterize or reclassify any such contract or claim, whether by amending the Schedules and SOFAs or in another appropriate filing, and (ii) to contest the validity or enforceability of any such Guaranties. Additionally, failure to list any Guaranties in the Schedules and SOFAs, including in any future amendments to the Schedules and SOFAs, shall not affect the enforceability of any Guaranties not listed.

### Claims of Third-Party Related Entities

Although the Debtor has made reasonable efforts to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated and/or contingent or noncontingent, the Debtor has not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtor's obligations to both such entity and its affiliates. Therefore, to the extent that the Debtor has classified claims of a creditor as disputed, unliquidated and/or contingent, all claims of such creditor's affiliates listed in the Schedules shall similarly be considered as disputed, unliquidated and/or contingent, whether or not they are designated as such.

### Effect of Payments Made Pursuant to "First Day" Orders on Scheduled Claim Amount

The Bankruptcy Court has authorized the Debtor to pay certain pre-Petition Date claims including those of utilities, insurance programs, and taxing authorities. Thus, Schedule F generally does not include prepetition liabilities that have been paid after the Petition Date. Where the Schedules list creditors and set forth the Debtor's scheduled amount of such claims, such scheduled amounts reflect amounts owed as of the Petition Date, adjusted for any payments made after the Petition Date pursuant to the authority granted to the Debtor by the Bankruptcy Court. However, the estimate of claims set forth in the Schedules may not reflect assertions by the Debtor's creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

### Global Notes Control

All of the Debtor's Schedules and SOFAs are subject to and qualified by the Global Notes. In the event that the Schedules and SOFAs differ from the Global Notes, *the Global Notes shall control*.

### <u>SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTOR'S SCHEDULES</u>

### Schedule A - Real Property

Except where otherwise noted, the Debtor has included on Scheduled A the book value of owned real property assets. Further, the Debtor may have listed certain assets as real property when such holdings are in fact in the nature of personal property holdings, or the Debtor may have listed certain assets as personal property assets when such holdings are in fact in the nature of real property holdings. The Debtor reserves all of its rights to re-categorize and/or recharacterize such asset holdings at a later time as appropriate.

**Schedule B - Personal Property**

Assets recorded as negative net payables or other prepayments are representative of credits owed from customers or third parties. Security deposits held by real property lessors, utility companies and various other third parties have been included on the applicable Debtor's Schedule B.

**Schedule D - Creditors Holding Secured Claims**

Except as otherwise agreed pursuant an order of the Bankruptcy Court, the Debtor reserves the right to dispute or challenge the validity, perfection or priority of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in any Debtor's Schedule D shall be deemed a modification, interpretation, or waiver of the terms of any such agreements.

Except as specifically stated herein, real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D.

**Schedule E / F - Creditors Holding Unsecured Priority and/or Unsecured Non-Priority Claims**

Claims listed on the Debtor's Schedule E / F include claims owed to various taxing authorities. However, certain of the claims may be subject to on-going audits or disputes, and the Debtor is otherwise unable to determine with certainty the amount of many, if not all, of the taxing authority claims. Therefore, the Debtor has listed such claims as undetermined in amount, pending final resolution of on-going audits or disputes.

The unsecured non-priority claims of individual creditors for among other things, products, goods or services are listed as either the lower of the amounts invoiced by the creditor or the amounts reflected on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The claims listed on Schedule E / F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be subject to dispute. While commercially reasonable efforts have been made, determining the date upon which each claim in Schedule E /F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list respective dates for the claims listed on Schedule E / F.

To the extent that litigation involving the Debtor has been identified, information regarding that litigation is contained in Schedule E / F. Schedule E / F contains information regarding pending litigation involving the Debtor.

**Schedule G - Unexpired Leases and Executory Contracts**

The contracts, agreements and leases listed on the Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters, memoranda or other documents, instruments and agreements that may not be listed on Schedule G, despite the Debtor's use of reasonable efforts to identify such documents. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtor and such supplier or provider. Due to the volume of the Debtor's portfolio of contracts and leases, all documents entitled "lease" or "contract" have been included on Schedule G. Certain of the real property leases listed on

6

Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not separately set forth on Schedule G or Schedule B.

In addition, the Debtor may have entered into various other types of agreements in the ordinary course of business, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory contracts may not have been memorialized and may be subject to dispute. Each unexpired lease listed in Schedule G may include one or more ancillary documents, including but not limited to any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Executory contracts that are oral in nature, if any, have not been included on Schedule G. The Debtor has also included certain interests in real property such as easements, rights of way and other similar interests on Schedule G.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SOFAs

### SOFAs Item 3 – 90 Day Payments

The dates set forth in the "Date of Payment" column relate to one of the following: (a) the date of a wire transfer; (b) the date of an "ACH" payment; or (c) the check date.

### SOFAs Item 4 – Insider Payments

Except as may be otherwise indicated in the Schedules and SOFAs, the Debtor has included payments made during the one-year period preceding the Petition Date to person deemed an "insider," as that term is defined in section 101(31) of the Bankruptcy Code.

Persons listed as "insiders" have been included for informational purposes only. The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individuals, (c) the decision-making or corporate authority of such person, or (d) whether such person could successfully argue that he or she is not an "insider" under applicable law.

### SOFAs Item 7 – Litigation

Despite reasonable efforts, the Debtor may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and SOFAs. The Debtor reserves all rights with respect to any causes of action and nothing in the Global Notes or the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

### SOFAs Item 26 Books Records and Financial Statements

From time to time, the Debtor provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, customers, vendors, debtholders and their legal and financial advisors. Additionally, certain financial statements may have been provided to other parties as requested. Rather than provide an extensive list of financial statement recipients (a process that would prove onerous for the Debtor), the Debtor offers this Global Note.

**Additional Notes**

**General Management / Operational Disclosure**

The Debtor had no employees prior to the Petition Date, and it has no employees as of this filing. Previously, the Debtor paid a management fee to Advanced Particle Therapy, LLC ("APT") to provide an executive director to oversee the Debtor's operations and to provide finance and accounting services. The Debtor previously had a Board of Managers consisting of two employees of APT who served as Chief Executive and Chief Technology Officer. In early to mid-2016, this relationship with APT ended and the Debtor engaged with outside consultants to provide finance, accounting and executive director services. The Debtor also engaged a consultant in late 2015 for business development services. No members of the original accounting and finance teams, the executive director or the business development team remained as of March 17, 2017. Additionally, only one Manager remained as of the Petition Date.

On June 10, 2010, the Debtor and Scripps Clinic Medical Group, Inc. ("*Scripps*") entered into an agreement (as amended on October 21, 2013, the "*Services Agreement*") to facilitate the delivery of the medical care at the Proton Center. Under this Agreement, each of the Debtor and Scripps is obligated to perform certain operational functions for the Proton Center. The Debtor is generally responsible for maintaining the non-medical aspects of the Proton Center's operations (such as utilities, maintenance, property taxes, property management, etc.), and for supplying and maintaining the proton systems equipment necessary to deliver proton therapy to patients. Scripps, in turn, is responsible for delivering the actual medical care to the patients. In such capacity, Scripps is responsible for hiring physicians and other health care personnel (all of whom are employees of Scripps, not the Debtor), maintaining the patients' medical records, and facilitating medical billing and revenue collection. The Debtor and Scripps each receive compensation from revenues generated by the Proton Center's operations, which is distributed between the Debtor and Scripps through a revenue sharing formula set forth in the Services Agreement.

**SOAL Schedule A/B Part 1 Q. 1**: Certain bank accounts are held by the Lenders and SCMG, thus, the Debtor is unable to verify the bank account type. All accounts are stated as checking accounts.

**SOAL Schedule A/B Part 3 Q. 10-12:** Accounts Receivable is comprised of patient revenue, rent revenue and third party beam usage revenue. Patient revenue is billed and collected through a third party billing service, MMBC. There are contractual allowances applied to patient revenue that are standard for the healthcare industry. Historically, the Debtor collected 29-30% of billed revenue, as such, the Debtor applies the contractual allowance of 70-71% on total billed charges per month. Rent revenue is earned from renting space to Rady Children's Hospital. Third party beam usage revenue is earned by allowing third parties to use the beam for their own purposes or from allowing tours of the Proton Center.

**SOAL Schedule A/B Part 8 Q. 50:** The Debtor has proton equipment with a net book value of $87,450,879. All items on the books and records are categorized into 1 of 5 categories depending on the estimated useful life of the equipment.

**SOAL Schedule A/B Part 9 Q. 58:** The Debtor engaged a third party to reassess the value of the land and Proton Center which resulted in a net decrease of the property value for property tax purposes. Real Property is recorded using the cost method, as such, no re-valuation is considered.

8

**SOAL Schedule G Q. 2:** Contracts that the Debtor may be party to are administered by several parties, including a property management team and SCMG.  The Debtor has requested all contracts from the property management team, but is aware, this could exclude certain contracts if the accounting team, the Debtor's chief restructuring officer, and property management team were unaware of such contracts.  Additionally, SCMG had the ability to enter contracts to benefit the Proton Center, but the Debtor may not be aware or may not have been a party to those contracts.

**SOFA Part 1 Q. 1:** Reported revenues on a gross basis, however, the Debtor applies a contractual allowance of approximately 71% per month as the Debtor does not expect to collect 71% due to adjustments for insurance providers.  There are contractual rates with insurance providers and the full amount billed is not typically paid.

**SOFA Part 1 Q. 2:** The Debtor engaged a professional firm to reassess its property value, which resulted in tax refunds for various years that were paid in 2016.

**SOFA Part 2 Q. 3:** The schedule includes the monthly expenses for SCMG.  These expenses are netted against the revenue SCMG receives on CPTC's behalf.  There is not a cash outlay in these listed amounts, rather, this is netted against the amount that is transferred from SCMG.

**SOFA Part 10 Q. 18:** There are certain accounts that are maintained by the Debtor's lenders that have zero balances, but the Debtor is unaware of the status of such accounts.  The Debtor assumes that these accounts are closed.

\*          \*          \*          \*          \*

9

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  California Proton Treatment Center, LLC

United States Bankruptcy Court for the: District of Delaware

Case number (If known): 17-10477(LSS)

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    **12/15**

---

**Part 1:**    **Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* ..........................................................................................    $   70,300,391.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*......................................................................................    $   98,746,794.63

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* ......................................................................................    $   169,047,185.63

---

**Part 2:**    **Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................    $   272,654,678.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................................    $   785,754.58

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.................................    + $   1,047,241.63

4. **Total liabilities** ...........................................................................................................................................
   Lines 2 + 3a + 3b    $   274,487,674.21

**Fill in this information to identify the case:**

Debtor name  California Proton Treatment Center, LLC

United States Bankruptcy Court for the: District of Delaware

Case number (If known):  17-10477(LSS)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**    $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | First Republic Bank | Checking | 0358 | $ 1,352.00 |
| 3.2. | 206 Question 3 Continuation | | | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $ 5,355,227.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | Polsinelli PC | $ 7,592.00 |
| --- | --- | --- |
| 7.2. | 206 Question 7 Continuation | $_____ |

Debtor    California Proton Treatment Center, LLC
Name

Case number *(if known)* 17-10477(LSS)

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $    199,798.63

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | 10,204,958.00 face amount | – | 8,001,051.00 doubtful or uncollectible accounts | = ...... ➔ | $ 2,203,907.00 |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | 13,768,491.00 face amount | – | 11,202,061.00 doubtful or uncollectible accounts | = ...... ➔ | $ 2,566,430.00 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $    4,770,337.00

## Part 4:    Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. _____ | _____ | $_____ |
| 14.2. _____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

| 15.1._____ | _____% | _____ | $_____ |
| 15.2._____ | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1._____ | _____ | $_____ |
| 16.2._____ | _____ | $_____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

| Debtor | California Proton Treatment Center, LLC | Case number (if known) 17-10477(LSS) |
|---|---|---|
| | Name | |

---

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $_____ | | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

**Schedule A/B: Assets — Real and Personal Property**

Debtor    California Proton Treatment Center, LLC
_____
Name

Case number *(if known)* 17-10477(LSS)

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Furniture and Fixtures | $ 743,975.00 | Cost Method | $ 743,975.00 |
| **40. Office fixtures** | | | |
| | $ | | $ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers | $ 226,578.00 | Cost Method | $ 226,578.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 970,553.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☒ Yes

Debtor  California Proton Treatment Center, LLC
        _____
        Name

Case number (if known)  17-10477(LSS)

---

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Medical Equipment & Proton Equipment | $  87,450,879.00 | Cost Method | $  87,450,879.00 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$  87,450,879.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☒ Yes

---

**Schedule A/B: Assets — Real and Personal Property**

| Debtor | California Proton Treatment Center, LLC | Case number (if known) | 17-10477(LSS) |
|---|---|---|---|
| | Name | | |

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Land Parcel No. 20772 | Owner | $ 9,299,402.00 | Cost Method | $ 9,299,402.00 |
| 55.2 Healthcare Building at 9730 Summers Ridge Road., San Diego, CA 92121 | Owner | $ 61,000,989.00 | Cost Method | $ 61,000,989.00 |
| 55.3 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.3 and entries from any additional sheets. Copy the total to line 88.

$ 70,300,391.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☒ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$

**Schedule A/B: Assets — Real and Personal Property**

Debtor    California Proton Treatment Center, LLC    Case number *(if known)* 17-10477(LSS)
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 11:** | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = → $_____
                           Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
| --- | --- | --- |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

California Proton Treatment Center v. Scripps Clinic Medical Group    $        Unknown

**Nature of claim**    Declaratory and Related Relief

**Amount requested**    $____ Unknown

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

206 Question 75 Continuation    $ **Unknown**

**Nature of claim**    _____

**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

$_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ **Unknown**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor   California Proton Treatment Center, LLC   Case number (if known) 17-10477(LSS)
         Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 5,355,227.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 199,798.63 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 4,770,337.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 970,553.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 87,450,879.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................➔ | | $ 70,300,391.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 98,746,794.63 | **+** 91b. $ 70,300,391.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................ | | $ 169,047,185.63 |

| Debtor | California Proton Treatment Center, LLC | Case number (*if known*) | 17-10477(LSS) |
| --- | --- | --- | --- |
| | Name | | |

### 3. Checking, savings, money market, or financial brokerage accounts (Identify all)

### Continuation Page

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's Interest |
| --- | --- | --- | --- |
| Comerica Bank | Blocked Checking | 3144 | 1,000.00 |
| Comerica Bank | Escrow | 3250 | 3,603,018.00 |
| Comerica Bank | Checking | 3342 | 1,000.00 |
| Union Bank | Checking | 0084 | 1,607,871.00 |
| Union Bank | Checking | 3523 | 140,986.00 |

206A/B Question 3 continuation

Debtor   California Proton Treatment Center, LLC
         _____
         Name

Case number (*if known*)   17-10477(LSS)
                           _____

## 7. **Deposits, including security deposits and utility deposits**

### Continuation Page

| Description, including name of holder of deposit | Current value of debtor's Interest |
|---|---|
| Signature Analytics | 25,500.00 |
| Carl Marks Advisory Group LLC | 97,724.63 |
| San Diego Gas and Electric | 68,982.00 |

| Debtor | California Proton Treatment Center, LLC | Case number (*if known*) | 17-10477(LSS) |
|---|---|---|---|
| | Name | | |

## 75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims
### Continuation Page

| Other contingent and unliquidated claims | Nature of claim | Amount Requested | Current Value of Debtor's Interest |
|---|---|---|---|
| Radys Professional Fees from Scripps Medical Group, Inc. | Professional Fees | Unknown | Unknown |
| Insurance Recovery: Proton Downtime, February 2017 | Insurance Recovery | Unknown | Unknown |

**Fill in this information to identify the case:**

Debtor name  California Proton Treatment Center, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (If known):  17-10477(LSS)

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one
   secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**2.1** | **Creditor's name**
Beverly Bank & Trust Company N.A.

**Creditor's mailing address**
10258 South Western Avenue
Chicago, IL 60643

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account
number**  __ __ __ __

**Do multiple creditors have an interest in the
same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor,
   and its relative priority.

sssssssssss_____

**Describe debtor's property that is subject to a lien**
Secured claim against all SCG Leased equipment
(assigned by SCG Capital)

**Describe the lien**
Statutory lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____Unknown    $_____Unknown

---

**2.2** | **Creditor's name**
Data Sales Co., Inc.

**Creditor's mailing address**
3450 W. Burnsville Pkwy
Burnsville, MN 55337

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account
number**  __ __ __ __

**Do multiple creditors have an interest in the
same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this
      creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
      specified on lines _____

**Describe debtor's property that is subject to a lien**
Leased Equipment

**Describe the lien**
Statutory lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$_____Unknown    $_____Unknown

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
   Page, if any.**

$ 272,654,678.00

| Debtor | California Proton Treatment Center, LLC | Case number (if known) 17-10477(LSS) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

### 2.3

**Creditor's name**

Dell Financial Services, LLC

**Creditor's mailing address**
Mail Stop-PS2DF-23 One Dell Way
Round Rock, TX 78682

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this
　　creditor, and its relative priority.

　_____

　☐ Yes. The relative priority of creditors is
　　specified on lines _____

**Describe debtor's property that is subject to a lien**

Leased Computer Equipment

_____

**Describe the lien**
Statutory lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Amount of claim: $ Unknown
Value of collateral: $ Unknown

---

### 2.4

**Creditor's name**

JPMorgan Chase Bank, N.A.

**Creditor's mailing address**

277 Park Avenue
New York, NY 10172

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this
　　creditor, and its relative priority.

　_____

　☐ Yes. The relative priority of creditors is
　　specified on lines _____

**Describe debtor's property that is subject to a lien**

Secured interest against all of the Debtor's estate, right, title or interest in or to rights and interests of the Company's property

_____

**Describe the lien**
Deed of Trust - Amended and Restated Loan Agmt dated 11/6/15; Orix as Admin. Agent

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Amount of claim: $ Unknown
Value of collateral: $ Unknown

---

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | California Proton Treatment Center, LLC | Case number (if known) 17-10477(LSS) |
|---|---|---|
| | Name | |

**Part 1:** Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5**

**Creditor's name**

Orix Capital Markets, LLC

**Creditor's mailing address**
1717 Main Street, Suite 1100
Dallas, TX 75201

**Creditor's email address, if known**

_____

**Date debt was incurred**  9/30/2011
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Secured interest against all of the Debtor's estate, right, title or interest in or to rights and interests of the Company's property

$  237,844,349.00        $  237,844,349.00

_____

**Describe the lien**
Deed of Trust - Amended and Restated Loan Agmt dated 11/6/15

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6**

**Creditor's name**

SCG Capital Corporation

**Creditor's mailing address**

74 West Park Place
Stamford, CT 06901

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Secured claim against 1 GE Healthcare GE Optima CT580 RT 16 CT System

$          Unknown        $          Unknown

**Describe the lien**
Statutory lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor   California Proton Treatment Center, LLC
         Name

Case number (if known) 17-10477(LSS)

| Part 1: | Additional Page | | | Column A | Column B |
|---|---|---|---|---|---|

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7**

**Creditor's name**

Varian Medical Systems, Inc.

**Creditor's mailing address**

3100 Hansen Way, Attn. General Counsel
Palo Alto, CA 94304

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Secured Claim against Purchased Proton System, as defined in the Second Lien Security and Intercreditor Agreement     $ 34,810,329.00     $ 34,810,329.00

_____

**Describe the lien**
Statutory lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8**

**Creditor's name**

Varian Medical Systems, Inc.

**Creditor's mailing address**

3100 Hansen Way
Palo Alto, CA 94304-1038

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Secured interest against all of the Debtor's estate, right, title or interests in or to rights and interests of the Company's property     $ Unknown     $ Unknown

_____

**Describe the lien**
Deed of Trust - Amended and Restated Loan Agmt dated 11/6/15; Orix as Admin. Agent

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | California Proton Treatment Center, LLC | Case number (if known) 17-10477(LSS) |
| --- | --- | --- |
| | Name | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.9**

**Creditor's name**

Wintrust Equipment Finance, A Division of W

**Creditor's mailing address**
3665 Park Place West, Suite 150
Mishawaka, IN 46545

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Assigned by SCG Capital - Secured claim against 1
GE Healthcare GE Optima CT580 RT 16 CT System

**Describe the lien**
Statutory lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

| $ | Unknown | $ | Unknown |
| --- | --- | --- | --- |

---

**2._**

**Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $ | | $ | |
| --- | --- | --- | --- |

---

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

**Fill in this information to identify the case:**

Debtor _____California Proton Treatment Center, LLC_____

United States Bankruptcy Court for the: _____District of Delaware_____

Case number ___17-10477(LSS)___
(if known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
California State - Board of Equalization
P.O. Box 942879
Sacramento, CA 94279

As of the petition filing date, the claim is: $ 182.00    $ 182.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
1/1/2017

Basis for the claim:
SALES AND USE TAXES

Last 4 digits of account number ___0675___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Delaware Secretary of State
State of Delaware Division of Corporations
P.O. Box 5509
Binghamton, NY 13902-5509

As of the petition filing date, the claim is: $ 300.00    $ 300.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/11/2017

Basis for the claim:
DELAWARE ANNUAL FRANCHISE TAX

Last 4 digits of account number ___7631___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0531

As of the petition filing date, the claim is: $ 12,590.00    $ 12,590.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
4/11/2017

Basis for the claim:
LLC FEES AND LLC TAX

Last 4 digits of account number ___9073___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Debtor    California Proton Treatment Center, LLC

Name

Case number (if known) 17-10477 (LSS)

| Part 1. | Additional Page | | |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount

**2.4**    Priority creditor's name and mailing address

San Diego County Treasurer - Tax Collector
San Diego County Administration Center
1600 Pacific Hwy, Room 162
San Diego, CA 92101-2474

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 772,682.58    $ _____ 772,682.58

**Date or dates debt was incurred**
1/1/2017

**Basis for the claim:**
SECURED PROPERTY TAX

**Last 4 digits of account number** ___1500___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

---

**2.____**    Priority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.____**    Priority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.____**    Priority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | California Proton Treatment Center, LLC | Case number *(if known)* 17-10477 (LSS) |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
ABM Electrical & Lighting Solutions, Inc.

6068 Corte Del Cedro
Carlsbad, CA 92008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SERVICE AGREEMENTS

$ 443.91

**Date or dates debt was incurred** 2/23/2017
**Last 4 digits of account number** 1483

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Advanced Particle Therapy, LLC

2888 Loker Ave. East
Suite 2011
Carlsbad, CA 92010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** DEVELOPMENT CONTRACTS

$ 500,000.00

**Date or dates debt was incurred** 9/2014
**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Advanced Particle Therapy, LLC

2888 Loker Ave. East
Suite 2011
Carlsbad, CA 92010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** OVERHEAD FEES

$ 249,224.00

**Date or dates debt was incurred** Multiple
**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Ahlee Backflow Service Inc.

9920 Prospect Ave. Ste 104
Santee, CA 92071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SERVICE AGREEMENTS

$ 866.01

**Date or dates debt was incurred** 1/11/2017
**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Bright View Landscape Services

3630 Solutions Center
Chicago, IL 60677-3006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SERVICE AGREEMENTS

$ 472.00

**Date or dates debt was incurred** 2/14/2017
**Last 4 digits of account number** BR09

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Cardon Capital Partners

P.O. Box 824
Rancho Santa Fe, CA 92067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** PROFESSIONAL FEES

$ 18,054.56

**Date or dates debt was incurred** 1/31/2017
**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  California Products ... Name

Case number (if known)

| Part 2: | Additional Page |

7 cdmiⱨ ]g˙dU[ Y˙cb˙mi̇Za cfY˙gdUUⱲ]g˙bYYXYX"7 cbⱨⱼbi Y˙bi a Vⱼf]b[˙ˈⱨ˙Y˙]bYg˙gYei Ybⱨ]U˙mẐca ˈⱨ˙Y˙dfⱼYj]ci˙g˙dU[˙Y"=Zbc˙UXX]ⱨ]cbU˙BCBDF=CF÷HMⱲⱲYX]ⱨcfg˙YⱩ]gⱨZXc˙bchiẐˈˈci˙ⱨcf˙gi˙Va˙]ⱨⱨ˙]g˙dU[˙Y"

5a ci bⱨcZWU]a

**3.7**  Bcbdf]cf]miⱲⱲYX]ⱨcfⱤⱼbⱲa Y˙UbX˙a Uⱼⱼⱨbⱼ˙UXXfYgg

City of SD Water & Wastewater Services
PO Box 129020
San Diego, CA 92112-9020

5g˙cZⱨⱨ Y˙dYⱨⱨ]cb˙Ẑⱼ]b[˙˙XUⱨⱤẐⱨ Y˙WUⱼa ˈ]g. $                               2,033.61
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g˙gⱼ˙ⱨ Y˙WUⱼa ˈ    UTILITIES

8 UⱨY˙cf˙XUⱨⱤg˙XYVⱨik Ug]˙bⱲf ffYX˙   3/7/2017
@Ugⱨ(˙X][˙ⱨg˙cZUⱲⱲⱲi bⱨⱼ ẞⱼbⱼ a VYfˈ   2690

☐]ⱨ Y˙WUⱼa ˈgi V˙WⱲⱲⱨⱼc˙cZⱨgYⱨ8
☒ No
☐ Yes˙

**3.8**  Bcbdf]cf]miⱲⱲYX]ⱨcfⱤⱼbⱲa Y˙UbX˙a Uⱼⱼⱨbⱼ˙UXXfYgg

City of SD Water & Wastewater Services
PO Box 129020
San Diego, CA 92112-9020

5g˙cZⱨⱨ Y˙dYⱨⱨ]cb˙Ẑⱼ]b[˙˙XUⱨⱤẐⱨ Y˙WUⱼa ˈ]g. $                                146.33
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed˙

6 Ug]g˙Ẑf˙ⱨ Y˙WUⱼa ˈ    UTILITIES

8 UⱨY˙cf˙XUⱨⱤg˙XYVⱨik Ug]˙bⱲf ffYX˙   3/6/2017
@Ugⱨ(˙X][˙ⱨg˙cZUⱲⱲⱲi bⱨⱼ ẞⱼbⱼ a VYfˈ   5841

☐]ⱨ Y˙WUⱼa ˈgi V˙WⱲⱲⱨⱼc˙cZⱨgYⱨ8
☒ No
☐ Yes˙

**3.9**  Bcbdf]cf]miⱲⱲYX]ⱨcfⱤⱼbⱲa Y˙UbX˙a Uⱼⱼⱨbⱼ˙UXXfYgg

Clark Security Products
PO Box 847428
Dallas, TX 75284-7428

5g˙cZⱨⱨ Y˙dYⱨⱨ]cb˙Ẑⱼ]b[˙˙XUⱨⱤẐⱨ Y˙WUⱼa ˈ]g. $                                 91.21
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed˙

6 Ug]g˙Ẑf˙ⱨ Y˙WUⱼa ˈ    TRADE

8 UⱨY˙cf˙XUⱨⱤg˙XYVⱨik Ug]˙bⱲf ffYX˙   2/23/2017
@Ugⱨ(˙X][˙ⱨg˙cZUⱲⱲⱲi bⱨⱼ ẞⱼbⱼ a VYfˈ   2549

☐]ⱨ Y˙WUⱼa ˈgi V˙WⱲⱲⱨⱼc˙cZⱨgYⱨ8
☒ No
☐ Yes˙

**3.10**  Bcbdf]cf]miⱲⱲYX]ⱨcfⱤⱼbⱲa Y˙UbX˙a Uⱼⱼⱨbⱼ˙UXXfYgg

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

5g˙cZⱨⱨ Y˙dYⱨⱨ]cb˙Ẑⱼ]b[˙˙XUⱨⱤẐⱨ Y˙WUⱼa ˈ]g. $                                676.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed˙

6 Ug]g˙Ẑf˙ⱨ Y˙WUⱼa ˈ    SERVICE AGREEMENTS

8 UⱨY˙cf˙XUⱨⱤg˙XYVⱨik Ug]˙bⱲf ffYX˙   12/1/2016
@Ugⱨ(˙X][˙ⱨg˙cZUⱲⱲⱲi bⱨⱼ ẞⱼbⱼ a VYfˈ   5501 ___ ___ ___

☐]ⱨ Y˙WUⱼa ˈgi V˙WⱲⱲⱨⱼc˙cZⱨgYⱨ8
☒ No
☐ Yes˙

**3.11**  Bcbdf]cf]miⱲⱲYX]ⱨcfⱤⱼbⱲa Y˙UbX˙a Uⱼⱼⱨbⱼ˙UXXfYgg

Medical Management Billing and Compliance, LLC
2509 Pascoli Place
Lexington, KY 40509

5g˙cZⱨⱨ Y˙dYⱨⱨ]cb˙Ẑⱼ]b[˙˙XUⱨⱤẐⱨ Y˙WUⱼa ˈ]g. $                             275,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed˙

6 Ug]g˙Ẑf˙ⱨ Y˙WUⱼa ˈ    SERVICE AGREEMENTS

8 UⱨY˙cf˙XUⱨⱤg˙XYVⱨik Ug]˙bⱲf ffYX˙   Multiple
@Ugⱨ(˙X][˙ⱨg˙cZUⱲⱲⱲi bⱨⱼ ẞⱼbⱼ a VYfˈ   N/A

☐]ⱨ Y˙WUⱼa ˈgi V˙WⱲⱲⱨⱼc˙cZⱨgYⱨ8
☒ No
☐ Yes˙

Debtor ___California Proton Treatment Center, LLC___ Case number _(if known)_ __17-10477(LSS)__
      Name

| Part 2: | Additional Page |
|---|---|

**List All Creditors with NONPRIORITY Unsecured Claims**

**Total claim**

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ Unknown |
|---|---|---|---|

Scripps Clinic Medical Group, Inc.
4275 Campus Point Ct.
San Diego, CA 92121

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** REVENUE SHARE

**Date or dates debt was incurred**   Multiple

**Last 4 digits of account number**   N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 234.00 |
|---|---|---|---|

Water Works, Inc.
5490 Complex Street
#602
San Diego, CA 92123

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SERVICE AGREEMENTS

**Date or dates debt was incurred**   1/1/2017

**Last 4 digits of account number**   N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.____ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ |
|---|---|---|---|

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.____ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ |
|---|---|---|---|

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.____ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ |
|---|---|---|---|

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | California Protein Treatment Center, LLC. | Case number (if known) 17-10477 (LSS) |
|---|---|---|
| | Name | |

<table>
<tr><td style="background:black;color:white"><strong>Part 4:</strong></td><td><strong>Total Amounts of the Priority and Nonpriority Unsecured Claims</strong></td></tr>
</table>

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 785,754.58 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 1,047,241.63 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,832,996.21 |

**Schedule E/F: Creditors Who Have Unsecured Claims**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   California Proton Treatment Center, LLC

United States Bankruptcy Court for the:   District of Delaware

Case number (If known) DEL 17-10477 (LSS)                    Chapter  Chapter 11

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Maintenance & Repair - Door | Assa Abloy Entrance Systems US Inc.<br><br>P.O. Box 827375<br>Philadelphia<br>PA<br>19182-7375 |
| | State the term remaining | Through May 17, 2017 | |
| | List the contract number of any government contract | 149717 | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Engine and Generator Solutions | Bay City Electric Works Inc.<br><br>P.O. Box 32993<br>Phoenix<br>AZ<br>85064 |
| | State the term remaining | Automatic monthly renewal, termination upon 30 day notice | |
| | List the contract number of any government contract | 69776 | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Air Compressor Services | Beacon Medaes LLC<br><br>P.O. Box 123234<br>Dallas<br>TX<br>75312-3234 |
| | State the term remaining | Through January 22, 2018 | |
| | List the contract number of any government contract | 91792 | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Landscape Services | BrightView Landscape Services<br><br>3630 Solutions Center<br>Chicago<br>IL<br>60677-3006 |
| | State the term remaining | Through June 16, 2017 | |
| | List the contract number of any government contract | 55202 | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Property Management | CBRE<br><br>P.O. Box 848844<br>Los Angeles<br>CA<br>90084-8844 |
| | State the term remaining | Automatic monthly renewal, termination upon 60 day notice | |
| | List the contract number of any government contract | ASV0000003288 | |

Debtor   California Proton Treatment Center, LLC
_____
Name

Case number (if known) 17-10477 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.6 **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS IT Services **State the term remaining** Auto quarterly renewal, termination upon 30 day notice **List the contract number of any government contract** N/A | CompuOne Corporation 9888 Carroll Centre Rd., Suite 201 San Diego CA 92126 |
| 2.7 **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS Battery Replacement Services **State the term remaining** Through December 31, 2016 **List the contract number of any government contract** 133106 | Computer Protection Technology Inc 1215 Pacific Oaks Place, Suite 106 Escondido CA 92029 |
| 2.8 **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS Janitorial Services **State the term remaining** Through July 18, 2017 **List the contract number of any government contract** 52631 | Concierge Cleaning Services 2701 Piantino Circle San Diego CA 92108 |
| 2.9 **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS Fire Protection Specialist **State the term remaining** Through July 13, 2017 **List the contract number of any government contract** 56681 | Cosco Fire Protection Inc 4990 Greencraig Lane San Diego CA 92123 |
| 2.10 **State what the contract or lease is for and the nature of the debtor's interest** LEASES - Lessor Computer Leases **State the term remaining** Through May 5, 2018 **List the contract number of any government contract** 001-6633492-000 | Dell Financial Services P.O. Box 6547 Carol Stream IL 60197-6547 |
| 2.11 **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS Service Contract **State the term remaining** Through March 12, 2020 **List the contract number of any government contract** 1-169898207273 | GE Healthcare PO Box 96483 Chicago IL 60693 |
| 2.12 **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS Pest Control **State the term remaining** Through July 24, 2017 **List the contract number of any government contract** 158587 | Lloyd Pest Control Co Inc 1202 Morena Blvd Ste 400 San Diego CA 92110 |

Debtor  California Proton Treatment Center, LLC
      Name

Case number *(if known)*  17-10477(LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| 2.`13` | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS<br>Billing Management and Consultant Services | MMBC Proton, Inc.<br><br>2509 Pascoli Place<br>Lexington<br>KY<br>40509 |
| | **State the term remaining** | Through May 24, 2022 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.`14` | **State what the contract or lease is for and the nature of the debtor's interest** | Debt<br>Loan and Security Agreement | Orix Capital Markets LLC (as agent for: Orix, Varian, and JPMorgan)<br><br>1717 Main St #900<br>Dallas<br>TX<br>75201 |
| | **State the term remaining** | April 1, 2017 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.`15` | **State what the contract or lease is for and the nature of the debtor's interest** | LEASES - Lessor<br>Ground Lease | Orix Proton San Diego, LLC<br><br>1717 Main St #900<br>Dallas<br>TX<br>75201 |
| | **State the term remaining** | Through September 29, 2046 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.`16` | **State what the contract or lease is for and the nature of the debtor's interest** | LEASES - Lessor<br>Ground Sublease | Orix Proton San Diego, LLC<br><br>1717 Main St #900<br>Dallas<br>TX<br>75201 |
| | **State the term remaining** | Through September 29, 2046 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.`17` | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS<br>Elevator - Repairs & maintenance | Otis Elevator Company<br><br>Dept. LA 21684<br>Pasadena<br>CA<br>91185-1684 |
| | **State the term remaining** | Through August 16, 2018 | |
| | **List the contract number of any government contract** | SD07250 | |

| | | | |
|---|---|---|---|
| 2.`18` | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS<br>HVAC Contract | Pacific Rim Mechanical Inc<br><br>7655 Convoy Ct<br>San Diego<br>CA<br>92111 |
| | **State the term remaining** | Automatic monthly renewal, termination upon 30 day notice | |
| | **List the contract number of any government contract** | 76795 | |

| | | | |
|---|---|---|---|
| 2.`19` | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENTS<br>Engineering Services | Paragon Engineering<br><br>8825 Aero Drive, Ste 110<br>San Diego<br>CA<br>92123 |
| | **State the term remaining** | Automatic monthly renewal, termination upon 30 day notice | |
| | **List the contract number of any government contract** | 47412 | |

Debtor · California Proton·Treatment·Center,·LLC · · · · · · · · · · · · · · · · · · · · · ·
    Name

Case number *(if known)* · 17-10477·(LSS) · · · · · · · · · · ·

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.´20** **State what the contract or lease is for and the nature of the debtor's interest** LEASES - Lessor<br>Equipment Lease<br><br>**State the term remaining** Through January 31, 2018<br><br>**List the contract number of any government contract** | SCG Capital Corporation<br><br>74 West Park Place<br>Stamford<br>CT<br>06901 |
| **2.´21** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS<br>Lease and Management Service Agreement between Scripps Clinic Medical Group and California Proton Treatment Center dated 6/11/2010<br><br>**State the term remaining** 120 months from the date CPTC began conducting business<br><br>**List the contract number of any government contract** | Scripps Clinic Medical Group, Inc.<br><br>4275 Campus Point Ct.<br>San Diego, CA 92121 |
| **2.´22** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS<br>Security Services<br><br>**State the term remaining** Automatic monthly renewal, termination upon 30 day notice<br><br>**List the contract number of any government contract** 92473 | Securitas Security Services Inc<br><br>File 57220<br>Los Angeles<br>CA<br>90074-7220 |
| **2.´23** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS<br>Window Cleaning Services<br><br>**State the term remaining** Through July 24, 2017<br><br>**List the contract number of any government contract** 158596 | Skyriders Window Cleaning Inc.<br><br>301 Vista Abierta<br>El Cajon<br>CA<br>92019 |
| **2.´24´** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS<br>Facility Contract<br><br>**State the term remaining** 10/20/2017<br><br>**List the contract number of any government contract** 012-0822147-000 | South Coast Copy Systems Inc<br><br>P.O. Box 660831<br>Dallas<br>TX<br>75266-0831 |
| **2.´25** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENTS<br>Proton System Operations and Maintenance Agreement<br><br>**State the term remaining** Thru earliest of support period (ending 2/2024), termination<br><br>**List the contract number of any government contract** | Varian Medical Systems, Inc.<br><br>3100 Hansen Way<br>Palo Alto<br>CA<br>94304 |
| **2.´26** **State what the contract or lease is for and the nature of the debtor's interest** PURCHASE OR SALE AGREEMENT (REAL PROPERTY)<br>Purchase of Proton System<br><br>**State the term remaining** earlier of 9/30/2017 or closing of refinance of full amount of<br><br>**List the contract number of any government contract** | Varian Medical Systems, Inc.<br><br>3100 Hansen Way<br>Palo Alto<br>CA<br>94304 |

Debtor · California·Proton·Treatment·Center;·LLC · · · · · · · · · · · · · · · · · · · · · · · · · · · · · Case number (*if known*) ·17-10477·(LSS)· · · · · · · · · · · ·
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.·27  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENTS<br>Electrical Preventative and Predictive Services<br><br><br>Through September 5, 2017<br><br>164003 | Veteran Electrical Power Systems<br><br>1223 South Flower St.<br>Burbank<br>CA<br>91502 |
| 2.· · ·  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| 2.· · ·  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| 2.· · ·  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| 2._· · ·  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| 2.· · ·  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| 2.· · ·  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name   California Proton Treatment Center, LLC

United States Bankruptcy Court for the:   District of Delaware

Case number (If known):   17-10477(LSS)

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☐ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name, bx Mailing address | | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name   California Proton Treatment Center, LLC

United States Bankruptcy Court for the:   District of Delaware

Case number (*If known*):   17-10477(LSS)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☒ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/14/2017
　　　　　　　　MM / DD / YYYY

✗ /s/ J. Jette Campbell
Signature of individual signing on behalf of debtor

/s/ J. Jette Campbell
Printed name

Chief Restructuring Officer
Position or relationship to debtor

**Declaration Under Penalty of Perjury for Non-Individual Debtors**