**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CALIFORNIA PROTON TREATMENT CENTER, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 17-10477 (LSS)<br><br>**RE:  Docket Nos. 158 and 212** |

## NOTICE OF RESCHEDULED AUCTION

**PLEASE TAKE NOTICE** that on March 24, 2017, the above-captioned debtor and debtor in possession (the "**Debtor**") filed the *Motion of the Debtor for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Substantially All of the Debtor's Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D), Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief; and (II) an Order (A) Approving the Asset Purchase Agreement Between the Debtor and Successful Bidder, (B) Authorizing the Sale of Substantially All of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief* [Docket No. 96].

**PLEASE TAKE FURTHER NOTICE** that on April 12, 2017, the Bankruptcy Court entered the *Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Substantially All of the Debtor's Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D), Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief* [Docket No. 158] (the

---

[1] The last four digits of the Debtor's federal tax identification number are 9073. The location of the Debtor's place of business and its address for notice purposes is: 9730 Summers Ridge Rd., San Diego, CA 92121, Attn: Wilson Williams, Manager.

59474709.3

"**Bidding Procedures Order**") approving certain bidding procedures (the "**Bidding Procedures**") to be employed with respect to the Sale[2] of substantially all of the Debtor's Assets. The Bidding Procedures set certain key dates, times, and procedures related to the Sale.

**PLEASE TAKE FURTHER NOTICE** that on May 26, 2017, the Debtor filed the *Notice of Extension of Deadlines Set Forth in Bidding Procedures* [Docket No. 212] (the "**Notice of Revised Deadlines**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Notice of Revised Deadlines, an auction (the "**Auction**") to sell the Debtor's Assets was scheduled to be conducted on **July 12, 2017 at 10:00 a.m.** (prevailing Eastern Time) at POLSINELLI PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT THE AUCTION HAS BEEN RESCHEDULED FOR JULY 20, 2017 AT 10:00 A.M. (PREVAILING EASTERN TIME) AT POLSINELLI PC, 222 DELAWARE AVENUE, SUITE 1101, WILMINGTON, DELAWARE 19801.**

**PLEASE TAKE FURTHER NOTICE** that the Sale hearing will go forward as scheduled on July 21, 2017 at 10:00 a.m. before the Honorable Laurie Selber Silverstein, at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom No. 2, 824 Market Street, Wilmington, Delaware 19801.

---

[2] All terms not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures.

| | |
|---|---|
| Dated: July 11, 2017<br>      Wilmington, Delaware | POLSINELLI PC<br><br>*/s/ Justin K. Edelson*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>Email:    cward@polsinelli.com<br>             jedelson@polsinelli.com<br><br>- and -<br><br>LOCKE LORD LLP<br>David W. Wirt (*admitted pro hac vice*)<br>Aaron C. Smith (*admitted pro hac vice*)<br>Phillip W. Nelson (*admitted pro hac vice*)<br>Brian A. Raynor (*admitted pro hac vice*)<br>111 S. Wacker Drive<br>Chicago, Illinois  60606-4410<br>Telephone: (312) 443-0700<br>Facsimile: (312) 443-0336<br>Email:    dwirt@lockelord.com<br>             asmith@lockelord.com<br>             phillip.nelson@lockelord.com<br>             braynor@lockelord.com<br><br>*Counsel to the Debtor* |